# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155019

KIMBERLY DENNEY, Personal Representative
of the Estate of MATTHEW MICHAEL
DENNEY,
          Plaintiff-Appellee,

v

KENT COUNTY ROAD COMMISSION,
          Defendant-Appellant.

SC: 155019
COA: 328135
Kent CC: 14-009556-NI

_____/

     On order of the Court, the application for leave to appeal the November 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017

Clerk

t0517